EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Juan G. Maldonado Santiago | 2024 TSPR 141 <br><br> 215 DPR ___ |

Número del Caso:  TS-18,469


Fecha:  27 de diciembre de 2024


Representante legal del peticionario:

    Por derecho propio


Materia:  Reinstalación al ejercicio de la notaría.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Juan G. Maldonado Santiago

TS-18,469

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de diciembre de 2024.

Examinada la *Solicitud sobre readmisión al ejercicio de la notaría en Puerto Rico y aprobación de fianza notarial* presentada por el Lcdo. Juan G. Maldonado Santiago, se reinstala al peticionario al ejercicio de la notaría. Se aprueba la fianza notarial otorgada por el Colegio de Abogados y Abogadas de Puerto Rico, vigente desde el 10 de diciembre de 2024, para garantizar las funciones notariales del licenciado Maldonado Santiago.

Remítase la fianza original al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Art. 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283j) y copia certificada de esta Resolución a dicho funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal del peticionario. Se ordena al licenciado Maldonado Santiago que recoja la obra protocolar depositada y custodiada en el Archivo General de Protocolos del Distrito Notarial de Bayamón, así como su sello notarial en custodia de la ODIN.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Rivera García no intervino.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo